THOMAS J. DALY, CA Bar No. 119684
thomas.daly@cph.com
EDWARD R. SCHWARTZ, CA Bar No. 147553
ers@cph.com
STEVEN E. LAURIDSEN, CA Bar No. 246364
steven.lauridsen@cph.com
CHRISTIE, PARKER & HALE, LLP
655 North Central Avenue, Suite 2300
Post Office Box 29001
Glendale, California 91209-9001
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Defendants,
Ample International, Inc.,
Chen Chen a/k/a Jane Chen and Aprille Vergara

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKASIAN HOUSE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>AMPLE INTERNATIONAL, INC.,<br>CHEN CHEN a/k/a JANE CHEN,<br>APRILLE VERGARA,<br><br>Defendants. | Case No. 2:11-cv-06449-JFW-FMO<br><br>Hon. John F. Walter<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>DATE: April 23, 2012<br>TIME: 1:30 P.M.<br>CTRM: 16<br><br>Complaint Filed:           08/05/2011<br>Discovery Cutoff Date: 04/01/2012<br>Pretrial Conf.:              06/08/2012<br>Trial Date:                   06/26/2012 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 23, 2011, at 1:30 p.m. or as soon thereafter as the matter may be heard before the Honorable John F. Walter, located in Courtroom 16 of the United States District Courthouse, 312 North Spring Street, Los Angeles, California, Defendants Ample International, Inc., Jane Chen and Aprille Vergara will bring on for hearing its Motion for Partial

-1-

Summary Judgment. The grounds for this motion are that Plaintiff has failed to offer any evidence (1) that its alleged trade secrets either derive independent economic value form being kept secret or that it took reasonable steps to ensure their secrecy; (2) that Defendants were either unauthorized to access Plaintiff's computer systems and data when they allegedly did so or that their purported access damaged Plaintiff; (3) that Defendants overcame any technical or security barriers when they purportedly accessed Plaintiff's computers; (4) that any actionable alleged breaches of Defendants' duties of loyalty were the proximate cause of damages to Plaintiff; (5) that Defendants engaged in any acts of unfair competition; or (6) that Defendants intentionally interfered with Plaintiff's prospective economic advantage. As a result, Defendants are entitled to judgment as a matter of law on Plaintiff's claims for (1) misappropriation of trade secrets (Claim 4); violations of the Computer Fraud and Abuse Act (Claim 2); (3) violations of the California Comprehensive Computer Data Access and Fraud Act (Claim 3); (4) breach of the duty of loyalty (Claim 8); (5) unfair competition (Claim 5); and (6) Intentional Interference With Prospective Economic Advantage (Claim 6).

This motion is based on the accompanying Memorandum of Points and Authorities, Proposed Separate Statement of Uncontroverted Facts and Conclusions of Law, Appendix of Deposition Testimony of Olga Batygin, Appendix of Deposition Testimony of Luke Wang, Declaration of Edward R. Schwartz, Declaration of Steven E. Lauridsen, Declaration of Stacy-Ann Goodwin, Declaration of Aprille Vergara, Declaration of Jane Chen, and such other and further documentary and oral testimony as may be adduced in connection with this Motion.

///

///

///

CHRISTIE, PARKER & HALE, LLP

1  This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on March 13, 2012 and March 23, 2012.

DATED: March 26, 2012

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By _____
Edward R. Schwartz
Steven E. Lauridsen

Attorneys for Defendants,
Ample International, Inc., Chen Chen a/k/a Jane Chen and Aprille Vergara

SEL PAS1166497.1-*-03/26/12 2:50 PM

CHRISTIE, PARKER & HALE, LLP