JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKASIAN HOUSE, LLC, | Case No. 2:11-cv-06449-JFW-FMO |
| Plaintiff, | Hon. John F. Walter |
| vs. | **ORDER OF DISMISSAL** |
| AMPLE INTERNATIONAL, INC., CHEN CHEN a/k/a JANE CHEN, APRILLE VERGARA, | Complaint Filed: 08/05/2011<br>Discovery Cutoff Date: 04/01/2012<br>Pretrial Conf.: 06/08/2012<br>Trial Date: 06/26/2012 |
| Defendants. | |

## ORDER

Pursuant to the Stipulation of the parties, and good cause appearing, **IT IS ORDERED** that:

1. The first two claims of the First Amended Complaint ("FAC"), for alleged copyright infringement, are dismissed with prejudice, on the terms set forth in the parties' Stipulation for Dismissal filed May 14, 2012.

2. The Court having previously granted partial summary judgment on the third claim of the First Amended Complaint, for alleged violation of the Computer Fraud and Abuse Act, that claim is dismissed with prejudice.

CHRISTIE, PARKER & HALE, LLP

3. The fourth through ninth claims of the FAC, for an alleged violation of the California Comprehensive Computer Data Access and Fraud Act, alleged misappropriation of trade secrets, alleged unfair competition, alleged intentional interference with prospective economic advantage, alleged conversion, and alleged breach of loyalty are dismissed without prejudice to Plaintiff re-filing those claims in state court.

5. All discovery taken in this action may be used in a subsequent State Court action re-alleging the fourth through ninth claims currently set forth in the FAC. The protective order in this matter shall continue to govern all confidential material and information until it is replaced by a protective order in the related State Court action. No duplicative discovery shall be undertaken, and no party or other witness whose deposition has been taken in this action may be re-deposed in a subsequent State Court action. Upon reasonable notice, Defendants may take the depositions in any future State Court proceeding of Plaintiff's previously-disclosed witnesses Chadwick Johnson, Robert Spetner, and Robert Gralnick.

6. With respect only to the claims that are dismissed with prejudice, each party shall bear its or her own costs, attorneys' fees, and expenses incurred in this action.

DATED: May 14, 2012

_____
JOHN F. WALTER
United States District Judge

SCL PAS1174633.1-*-05/14/12 2:36 PM

CHRISTIE, PARKER & HALE, LLP

-2-